# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAWN CABRERA,**

             **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-593-Orl-31KRS**

**GUIDANT CORP. and HOLMES**
**REGIONAL MEDICAL CENTER, INC.,**

             **Defendants.**

_____

## ORDER

Upon consideration of Defendant Guidant Corporation's Motion to Stay All Proceedings (Doc. 7), and Plaintiff's Response thereto (Doc. 13), it is

**ORDERED** that said Motion is GRANTED. All proceedings in this case are STAYED pending MDL transfer. If transfer has not occurred by July 28, 2006, Plaintiff may move to lift this stay.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 24, 2006.

                                                                               GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party